UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODORE FACTORS CORP., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD COCHERL and JANICE COCHERL, <br><br> Defendants. | Docket No. 07-cv-3433 (TBG) <br><br><br> SUBSTITUTION OF ATTORNEY |

**PLEASE TAKE NOTICE** that the law firm of Genova, Burns & Vernoia is hereby substituted as counsel for Defendant Janice Cocherl in the above referenced matter.

| Withdrawing Attorneys | Superseding Attorneys |
|---|---|
| **STEIN, MCGUIRE, PANTAGES & GIGL, LLP** <br> Eisenhower Plaza II <br> 354 Eisenhower Parkway <br> Livingston, New Jersey 07039 <br> (973) 992-1100 <br><br> By: _____ <br> Michael F. Martino | **GENOVA, BURNS & VERNOIA** <br> Eisenhower Plaza II <br> 354 Eisenhower Parkway <br> Livingston, New Jersey 07039 <br> (973) 533-0777 <br><br> By: _____ <br> Dina M. Mastellone (DM6946) |
| DATED: May 23, 2007 | DATED: May 23, 2007 |

2289\001\NY.SOA.doc