UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODORE FACTORS CORP.,

    Plaintiff,

v.

RICHARD COCHERL and JANICE COCHERL,

    Defendants.

Docket No. 07-cv-3433 (TPG)

SUBSTITUTION OF ATTORNEY

---

    PLEASE TAKE NOTICE that the law firm of Genova, Burns & Vernoia is hereby substituted as counsel for Defendant Janice Cocherl in the above referenced matter.

| Withdrawing Attorneys | Superseding Attorneys |
|---|---|
| STEIN, MCGUIRE, PANTAGES & GIGL, LLP<br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-1100 | GENOVA, BURNS & VERNOIA<br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 533-0777 |
| By: _____<br>    Michael F. Martino | By: _____<br>    Dina M. Mastellone (DM6946) |
| DATED: May 23, 2007 | DATED: May 23, 2007 |

2289\001\NY.SOA.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07

SO ORDERED:

_____
Thomas P. Griesa
U.S.D.J.

6/14/07