# GENOVA, BURNS & VERNOIA   ATTORNEYS-AT-LAW

# MEMO ENDORSED

ANGELO J. GENOVA ◊+
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
SANDRO POLLEDRI ◊○
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*
PATRICK W. MCGOVERN ◊+
PETER R. YAREM ◊

RALPH J. SALERNO ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊+
HARRY G. KAPRALOS ◊+

COUNSEL

NORMAN J. PEER ◊+
GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊+
DAVID A. DE SIMONE ◊
DEBRA K. BAMPTON ◊+

OF COUNSEL

RONALD H. DEMARIA
(1939-2004)

HOLLIE B. KNOX *
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
SHIRIN SAKS ◊+
ANDREW P. ODDO ◊+
JASON L. SOBEL ◊+
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+
TIMOTHY AVERELL ◊

REBECCA MOLL FREED ◊+
JONATHAN S. GOODGOLD ◊+
PETER J. CAMMARANO III ◊+
JISHA S. VACHACHIRA ◊+
YAACOV BRISMAN ◊+
MICHAEL J. GROHS ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+

LISA A. JOHN ◊
GERI ALBIN ◊
LAUREN KOSTINAS ◊

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR    +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
CERTIFIED CIVIL TRIAL ATTORNEY ○



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

August 13, 2007



RECEIVED
AUG 14 2007
CHAMBERS OF
JUDGE GRIESA

**VIA OVERNIGHT MAIL**

Honorable Thomas P. Griesa, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl St., Room 1630
New York, NY 10007

    Re:    **Commodore Factors Corp. v. Cocherl, et al.**
           **Docket No.: 07-cv-03433 (TPG)**

Dear Judge Griesa:

    This firm represents Defendant Janice Cocherl in connection with the above-referenced litigation. On or about April 30, 2007, a Notice of Removal from the Supreme Court, County of New York was filed with this Court based upon diversity of citizenship. Thereafter, on May 7, 2007, an Answer to the Complaint was filed by Michael F. Martino, Esq. on behalf of Defendants Richard and Janice Cocherl. However, during the course of Mr. Martino's representation of Defendants, it became apparent that Janice Cocherl needed to be represented by separate counsel. On June 14, 2007, this firm was substituted as counsel for Defendant Janice Cocherl.

    During our office's review of the file and after speaking with our client, it was determined that an Amended Answer and Cross-Claim needed to be filed. It is therefore respectfully requested that Defendant Janice Cocherl be permitted to file an Amended Answer and Cross-Claim in this matter. I have spoken with counsel for Plaintiff, Gilbert A. Lazarus, Esq. and counsel for Defendant Richard Cocherl, Michael F. Martino, Esq., and obtained their consent to the filing of the Amended Answer and Cross-Claim. Furthermore, the filing of an Amended Answer and Cross-Claim would work no prejudice to Plaintiff or Defendant Richard

*approved.*
*Thomas P. Griesa*
*USDJ*
*8/14/07*

EISENHOWER PLAZA II ■ 354 EISENHOWER PARKWAY ■ LIVINGSTON, NJ 07039-1023

TELEPHONE 973-533-0777    FACSIMILE 973-533-1112    WEBSITE www.gbvlaw.com

NEW YORK, NY ■ CAMDEN, NJ ■ RED BANK, NJ ■ PHILADELPHIA, PA

**GENOVA, BURNS & VERNOIA**  ATTORNEYS-AT-LAW

Honorable Thomas P. Griesa, U.S.D.J.
August 13, 2007
Page 2

Cocherl. An initial discovery conference with the Court has not been scheduled and the parties have served initial Rule 26 Disclosures.

Thank you for Your Honor's time and consideration. If the Court requires anything further, please contact me and it will be provided immediately.

Respectfully submitted,

GENOVA, BURNS & VERNOIA

Dina M. Mastellone

DMM:mw

c:  Gilbert A. Lazarus, Esq. (via Electronic & Regular Mail)
    Michael F. Martino, Esq. (via Electronic & Regular Mail)

2289\001\Letters\Judge.081307