UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X

COMMODORE FACTORS CORP.                              Index No. 07-CV-3433
                                                                                  (TPG)
     Plaintiff,

     -against-                                                              ANSWER TO CROSS CLAIM

RICHARD COCHERL and JANICE COCHERL
_____X

     Defendant, Richard Cocherl by and through his counsel, Stein, McGuire, Pantages & Gigl and by way of Answer to the Cross Claim of defendant, Janice Cocherl states as follows:

### AS TO THE FIRST COUNT

     1.    This answering defendant denies the allegations of paragraph 1 of the First Count of said Cross Claim.

### AS TO THE SECOND COUNT

     2.    This answering defendant denies the allegations of paragraph 2 and 3 of the Second Count of said Cross Claim.

     WHEREFORE, defendant, Richard Cocherl denies that co-defendant, Janice Cocherl is entitled to the relief demanded in the Cross Claim or any part thereof and further requests that the Cross Claim be dismissed with prejudice.

Dated: August 30, 2007

                              Yours, etc.

                              STEIN, MCGUIRE, PANTAGES & GIGL, LLP


                              BY:    _____\S
                                      MICHAEL F. MARTINO (MFM 0654)
                                      Attorneys for Defendant, Richard Cocherl
                                      354 Eisenhower Parkway
                                      Livingston, New Jersey 07039
                                      973-992-1100

TO: Gilbert A. Lazarus, Esq.
Lazarus & Lazarus, PC
240 Madison Avenue, 8th Floor
New York, New York 10016

Kathleen Einhorn, Esq.
Genova Burns & Vernoia
354 Eisenhower Parkway
Livingston, NJ 07039