UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
COMMODORE FACTORS CORP.                    Index No. 07-CV-3433
                                           (TPG)
    Plaintiff,

    -against-                              Order Permitting Amendment

RICHARD COCHERL and JANICE COCHERL
---------------------------------X

THE MATTER being opened to the Court by Stein, McGuire, Pantages & Gigl, attorneys for defendant, Richard Cocherl, on application for an Order pursuant to FRCP 15(a) permitting the moving party to file a Third Party Complaint, and counsel for moving party having advised the Court during the Initial Pretrial Conference of October 2, 2007 of its intention to file a third party action against Scott A. Gins and Angela Gins;

IT IS ON THIS 7th DAY OF November, 2007 hereby ordered as follows:

1.   Defendant, Richard Cocherl may file a Third Party Complaint as annexed hereto as Exhibit A within 10 days hereof.

2.   A copy of this Order shall be served upon all counsel within 10 days hereof.

_____
HONORABLE THOMAS P. GRIESA, USDJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```