# EXHIBIT [A]



February 1, 2006

Attn: Sally and or Tim

Bank is wiring $265,000 as we speak, will send you the confirmation Fed I Mac Number as soon as we receive.

Thanks

Richard Cocherl

*1385 Broadway Suite 1504 New York, NY 10018 Tel: 201-725-7570, 551-427-8739*
*Efax: 201-786-9164 Email: JanRInc@optonline.net*

Exhibit