# EXHIBIT [B]

*VALLEY NATIONAL BANK*                    *FUNDS TRANSFER NOTIFICATION*                    *12-02-2005*

SCOTT A GINS
75 FAIRHAVEN DR

ALLENDALE , NJ, 07401-1121

To: SCOTT A GINS

In accordance with your instructions, we have DEBITED your account # 63409417
for $141000.

Sender ABA: 021201383        Sender Name: VALLEY NATIONAL BA

Sender Reference: 20051202121800EK

Receiver ABA: 021200957        Receiver Name: COMMERCE NORTH

* * *

Beneficiary: JAN R INC

Beneficiary Bank:

Originator Info: SCOTT A GINS

Originator Bank:

BBI:
OBI: